IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

Vincent Edward Johnson                                                                 Plaintiff

No. 3:14-CV-00061-JTR

Carolyn W. Colvin, Acting Commissioner,                                    Defendant
Social Security Administration

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 13th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE