# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VINCENT JOHNSON                                                                               PLAINTIFF

V.                                      NO. 3:14CV00061-JTR

CAROLYN COLVIN,                                                                           DEFENDANT
Acting Commissioner,
Social Security Administration

## ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[1] *Doc. 15*. Plaintiff's attorney, Anthony Bartels, requests a total payment of $2161.47 consisting of: (1) 9.15 hours of attorney work in 2014-15 at the adjusted hourly rate of $191.00 ($1747.65); (2) 5.25 hours of paralegal work at the hourly rate of $75.00 ($393.75); and (3) $20.07 in expenses. The Commissioner does not object to Plaintiff's request. *Doc. 17*.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and that the amount requested is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees and Expenses Pursuant to the EAJA, *Doc. 15*, is GRANTED.

---

[1] On March 13, 2015, the Court entered an Order and Judgment reversing the Commissioner's decision and remanding this case for further administrative proceedings. *Docs. 13, 14*.

IT IS FURTHER ORDERED that Plaintiff is awarded $2161.47 in attorney's fees and expenses under the EAJA.[2]

DATED this 18th day of June, 2015.

                                                     /s/ J. Thomas Ray
                                         UNITED STATES MAGISTRATE JUDGE

---

[2]Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.